---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
   amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Soft Packaging, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 46-2678734 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2121 Leo Avenue<br>Commerce, CA 90040<br>Number, Street, City, State & ZIP Code | PO Box 3368<br>Santa Fe Springs, CA 90670<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website (URL)**    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Soft Packaging, Inc.

     Name                                           Case number (*if known*)

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

Debtor    Soft Packaging, Inc.                                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Soft Packaging, Inc.                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | |
|---|---|
| Debtor | Soft Packaging, Inc. |
| | Name |

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 13, 2025
             MM / DD / YYYY

**X** SEE NEXT PAGE
Signature of authorized representative of debtor

Mark Ming Yang Hsu
Printed name

Title   Chief Operations Officer

**18. Signature of attorney**

**X** /s/ Matthew D. Resnik
Signature of attorney for debtor

Date  January 13, 2025
      MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone  (818) 285-0100     Email address  matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

Debtor    Soft Packaging, Inc.                                          Case number (if known)
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/13/2025
               MM / DD / YYYY

X                                                          Mark Ming Yang Hsu
  Signature of authorized representative of debtor         Printed name

Title    Chief Operations Officer

**18. Signature of attorney**    X  \s\ Matthew D. Resnik              Date
                                    Signature of attorney for debtor      MM / DD / YYYY

                                    Matthew D. Resnik
                                    Printed name

                                    RHM LAW LLP
                                    Firm name

                                    17609 Ventura Blvd.
                                    Ste 314
                                    Encino, CA 91316
                                    Number, Street, City, State & ZIP Code

                                    Contact phone    (818) 285-0100    Email address    matt@rhmfirm.com

                                    (SBN 182562) CA
                                    Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Soft Packaging, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bamberger Polymers 1900 Summit T ower Blvd. Ste 1500 Orlando, FL 32810 | | | | | | $110,000.00 |
| Bank of America Business Card P O Box 15796 Wilmington, DE 19886-5796 | | Business Credit Card | | | | $81,486.97 |
| Bank of America Business Card P O Box 15796 Wilmington, DE 19886-5796 | | Business Credit Card | | | | $44,754.18 |
| Bluevine 30 Montgomery St, Suite 1400. Jersey City, NJ 07302 | | | | | | $119,833.10 |
| Chembine International, Inc 142 Jaripol Circle Ladera Ranch, CA 92694 | | | | | | $103,529.40 |
| Equipment Depot PO Box 841750 Los Angeles, CA 90084-1750 | | | | | | $9,710.65 |
| Gabriel Containers 8844 S Millergrove Dr. Santa Fe Springs, CA 90670 | | | | | | $9,495.00 |
| HR Staffing Solutions 8205 Garfield Ave. #J, Bell Gardens, CA 90201 | | Business Loan/Debt | | | | $178,539.11 |

Debtor  Soft Packaging, Inc.                                    Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jellco Container, Inc 1151 N. Tustin Ave Anaheim, CA 92807 | | | | | | $10,044.61 |
| Muehlstein 10 Westport Rd. Building A 1st Fl, Ste A100 Wilton, CT 06897 | | | | | | $27,619.26 |
| Paper Sales USA, Inc. c/o David D. Piper Stradley Ronon Stevens & Young, LLP 111 West Ocean Boulevard, Suite 400 90802 | | Lawsuit | | | | $28,917.00 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    January 13, 2025 _____

SEE NEXT PAGE
_____
Mark Ming Yang Hsu
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days. (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    _Commerce_    , California

Date    _01/13/2025_

Mark Ming Yang Hsu
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                 Page 1                 **F 1015-2.1.STMT.RELATED.CASES**

<u>UNANIMOUS WRITTEN CONSENT OF</u>

<u>THE BOARD OF DIRECTORS</u>

<u>OF SOFT PACKAGING, INC.</u>

<u>DATED: January 13, 2025</u>

Pursuant to §307(b) of the California Corporations Code and the by-laws of the corporation, the undersigned, being all of the members of the board of directors, and in lieu of a meeting, hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the corporation needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Mark Ming Yang Hsu, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

___SEE NEXT PAGE_____
Mark Ming Yang Hsu, CHIEF OPERATIONS OFFICER

UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS

OF SOFT PACKAGING, INC.

DATED: January 13, 2025

Pursuant to §307(b) of the California Corporations Code and the by-laws of the corporation, the undersigned, being all of the members of the board of directors, and in lieu of a meeting, hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the corporation needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Mark Ming Yang Hsu, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

Mark Ming Yang Hsu, CHIEF OPERATIONS OFFICER

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   Soft Packaging, Inc.                                          Case No.

                                    Debtor(s)                Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

   For legal services, I have agreed to accept                                  $ _____

   Prior to the filing of this statement I have received                        $ _____

   Balance Due                                                                   $ _____

■ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of        $        26,738.00

   The undersigned shall bill against the retainer at an hourly rate of          $             0.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    Soft Packaging, Inc. _____    Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 13, 2025 _____      /s/ Matthew D. Resnik _____
*Date*                                        Matthew D. Resnik
                                              *Signature of Attorney*
                                              RHM LAW LLP
                                              17609 Ventura Blvd.
                                              Ste 314
                                              Encino, CA 91316
                                              (818) 285-0100   Fax: (818) 855-7013
                                              matt@rhmfirm.com _____
                                              *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Soft Packaging, Inc | CASE NO:<br>CHAPTER 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s) | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _4_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date  01/13/2025

Signature of Debtor 1

Date

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

Soft Packaging, Inc.
PO Box 3368
Santa Fe Springs, CA 90670


Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


Avion Funding
633 167th Street, Suite 804
Miami, FL 33162


Bamberger Polymers
1900 Summit T ower Blvd. Ste 1500
Orlando, FL 32810


Bank of America
Business Card
P O Box 15796
Wilmington, DE 19886-5796


Bluevine
30 Montgomery St, Suite 1400.
Jersey City, NJ 07302


California Tax and Fee Admin
PO BOX 942879
Sacramento, CA 94279


Chembine International, Inc
142 Jaripol Circle
Ladera Ranch, CA 92694

CT Corporation System
330 N. Brand Blvd, Suite 700
Glendale, CA 91203


DLP Fundinng LLC
447 Broadway 2nd floor, Unit 805
New York, NY 10013


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enterprise
333 City Blvd W
Orange, CA 92868


Equipment Depot
PO Box 841750
Los Angeles, CA 90084-1750


First Corporate Solutions, Inc.
914 S Street
Sacramento, CA 95811


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Gabriel Containers
8844 S Millergrove Dr.
Santa Fe Springs, CA 90670

HR Staffing Solutions
8205 Garfield Ave. #J,
Bell Gardens, CA 90201


HSU Investments, LLC
10620 Springdale Avenue
Santa Fe Springs, CA 90670


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jellco Container, Inc
1151 N. Tustin Ave
Anaheim, CA 92807


Mercedes Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262


Muehlstein
10 Westport Rd. Building A 1st Fl,
Ste A100
Wilton, CT 06897


Paper Sales USA, Inc.
c/o David D. Piper
Stradley Ronon Stevens & Young, LLP
111 West Ocean Boulevard, Suite 400
90802


Square Funding Cali
90 E Halsey Rd
Parsippany, NJ 07054

Toshiba Financial Services
PO Box 030310
Los Angeles, CA 90030


Toyota Commercial Finance
P.O. Box 660926
Dallas, TX 75266-0926


Toyota Industries
 Commercial Finance, Inc.
 P.O Box 9050
Dallas, TX 75019-9050


U.S Bank Equipment Finance
1310 MADRID STREET
Marshall, MN 56258


U.S Small Business Administration
Disaster Assistance
Processing & Disbursement Ctr
14925 Kingsport Road
Fort Worth, TX 76155


UP Packaging Inc.
10620 Springdale Avenue
Santa Fe Springs, CA 90670


Velocity Capital Group
333 Pearsall Ave.
Cedarhurst, NY 11516


Z&Z Real Estate Holding
5862 West 3rd Street
Los Angeles, CA 90036

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |

■ Attorney for:

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      Soft Packaging, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Mark Ming Yang Hsu                                        , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

       ■ I am the president or other officer or an authorized agent of the Debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the Debtor corporation

2.a.     ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       *[For additional names, attach an addendum to this form.]*

  b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

January 13, 2025
_____
Date

By:   SEE NEXT PAGE
     _____
     Signature of Debtor, or attorney for Debtor

Name:   Soft Packaging, Inc.
      _____
      Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1      I have personal knowledge of the matters set forth in this Statement because

   ■ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2 a    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
       class of the corporation's equity interests
       [For additional names, attach an addendum to this form.]

   b   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

       01/13/2025                                         By _____

Date                                                         Signature of Debtor, or attorney for Debtor

                                                         Name:   Soft Packaging, Inc.
                                                                 Printed name of Debtor, or attorney for
                                                                 Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                              F 1007-4 CORP OWNERSHIP STMT